

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-09-137-CV

IN RE TIMMY RAY CALDWELL                                      RELATOR

------------

### ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered Relator's petition for writ of mandamus. Nothing in the record before us indicates that Relator's pre-conviction writ of habeas corpus was brought to the attention of the trial court.[2] *See In re Villarreal,* 96 S.W.3d 708, 710–11 (Tex. App.—Amarillo 2003, orig. proceeding). Accordingly, we deny Relator's petition for writ of mandamus and his "Motion For Evidentiary Hearing."

PER CURIAM

PANEL:  WALKER, LIVINGSTON, and MEIER, JJ.

---

[1] *See* Tex. R. App. P. 47.4.

[2] Although the record filed by Relator contains a document purportedly seeking a hearing in the trial court on his pre-conviction petition for writ of habeas corpus, it is not file-stamped. Our clerk's office confirmed with the trial court clerk that no such document was filed in the trial court.

DELIVERED:  June 10, 2009